**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF HAWAII**

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC. , <br><br> Plaintiff, <br><br> vs. <br><br> CRAIG R. SNYDER, DANIEL CAMPBELL AND R.S. SHARKY'S FAMILY FUN CENTER, LLC, <br><br> Defendants. | CIVIL NO. 14-00203 ACK KSC <br><br> FINDINGS AND RECOMMENDATION <br><br> Hrg date: 1/09/2015 <br>   Time: 9:30 a.m. <br>   Judge: Kevin S.C. Chang <br><br> Trial Date: Not Assigned |

**FINDINGS AND RECOMMENDATION**

On January 9, 2015, this Court heard Plaintiff's Motion for Default Judgment against Daniel Campbell, filed October 23, 2014. Dan S. Ikehara, Esq., appeared by telephone on behalf of Plaintiff J & J Sports Production, Inc. No other appearances were made. The Court, having reviewed and considered the Motion, Memorandum of Points and Authorities in Support of Plaintiff's Motion for Default Judgment, Affidavits, Declaration, Exhibits, oral argument presented by counsel, and the record herein, and being fully advised in the premises and for good cause appearing, finds and recommends as follows:

    1. The Clerk's Entry of Default against Defendant Daniel Campbell was entered on August 4, 2014.

2. There was no appearance, no written objection and no opposition by Defendant to Plaintiff's Motion for Default Judgment against Defendant Daniel Cambpell.

3. Based upon Plaintiff's exhibits, affidavits, declaration and memorandum, the Court awards to Plaintiff **$2,200.00** in statutory damages, and **$5,000.00** in enhance damages pursuant to 47 U.S.C. Section 605(e)(3)(c).

4. The Court further awards to Plaintiff, attorney's fees and costs as follows: attorney's fees of $3,050.00, Oahu GET of $143.72 and costs of $583.00, for a total fees, GET and costs of **$3,776.72**, pursuant to 47 U.S.C. Section 605(e)(3)(B)(iii).

In accordance with the foregoing, this Court FINDS and RECOMMENDS that Plaintiff's Motion for Default Judgment Against Daniel Campbell be GRANTED, and awards statutory damages of $7,200.00, and attorney's fees and costs of $3,776.72, for a total of **$10,976.72**, and Default Judgment shall so enter against Defendant Daniel Campbell.

IT IS SO FOUND AND RECOMMENDED.

DATED: Honolulu, Hawai`i, April 6, 2015.



Kevin S.C. Chang
United States Magistrate Judge