IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | CIVIL NO. 14-00203-ACK-KSC |
| Plaintiff, | |
| vs. | |
| CRAIG R. SNYDER, DANIEL CAMPBELL AND R.S. SHARKY'S FAMILY FUN CENTER, LLC, | |
| Defendants. | |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on April 06, 2015, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and Recommendation, docket entry no. 25, are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, April 22, 2015

_____
Alan C. Kay
Senior United States District Judge